THE BOARD OF EDUCATION OF THE UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF LIBERTY, Respondent, v. ANNA L. HOYT, Appellant.

*Eminent domain — condemnation proceedings — adequacy of award.*

*Board of Education, Union Free School District No. 1, Town of Liberty* v. *Hoyt*, 205 App. Div. 859, affirmed.

(Submitted October 24, 1923; decided November 20, 1923.)

APPEAL from a judgment, entered February 7, 1923, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which affirmed an order of Special Term confirming an award in condemnation proceedings.  The sole question on appeal was the adequacy of the award.

*D. S. Hill* for appellant.

*Sidney F. Foster* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.